# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

## 2020 KA 0389

### STATE OF LOUISIANA

### VERSUS

### KENYA AVANTI DESPENZA

### 22ND JUDICIAL DISTRICT COURT
### PARISH OF ST. TAMMANY CASE NO. 607736

---

## ORDER

This Court, *ex proprio motu*, hereby **GRANTS REHEARING** in this matter for the sole purpose of clarifying the last paragraph of the February 19, 2021 opinion issued in this matter.

The last paragraph shall in its entirety read as follows,

## "DECREE

For the reasons set forth herein, defendant's conviction and sentence are affirmed.

**CONVICTION AND SENTENCE AFFIRMED."**

> **MRT**
> **EW**
> **CHH**

Ordered this _26th_ day of February 2021.

_____
DEPUTY CLERK